**Lodell PARKS, Petitioner–Appellant,**

v.

**Armentris PARKS,**
**Respondent–Respondent.**

No. 55564.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 8, 1989.

Margaret Bush Wilson, St. Louis, for appellant.

John D. Schneider, St. Louis, for respondent.

### ORDER

PER CURIAM.

Husband appeals from the trial court's order setting aside a previous order releasing an appeal bond. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).